IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIKI HENRY,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-54C<br>(Judge Baskir) |

DEFENDANT'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION IN LIEU OF AN ANSWER

Pursuant to paragraphs 2, 3, and 4 of the Court's March 13, 2008, Special Procedures Order, defendant, the United States, respectfully gives notice of its intent to file a dispositive motion in lieu of an answer. We understand that a dispositive motion may not be filed prior to the Preliminary Status Conference with the Court. It is also our understanding that a Joint Preliminary Status Report ("JPSR"), including an identification of the factual and legal bases for our anticipated dispositive motion, must be filed within 45 days of the date when an answer would otherwise be due. The answer in this case is currently due on or before March 27, 2008. Therefore, we intend to work with plaintiffs to file a JPSR, in compliance with this Court's Special Procedures Order, on or before May 11, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division, National Courts Section
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

DATED: March 24, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of March, 2008, a copy of the foregoing "NOTICE OF INTENT TO FILE DISPOSITIVE MOTION IN LIEU OF AN ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek