# In the United States Court of Federal Claims

Case No. 08-54C
(Filed: May 14, 2008)

| | |
|---|---|
| MIKI HENRY, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) is scheduled for **10:00 a.m.**, on Friday, **June 6, 2008.** The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge