# In the United States Court of Federal Claims

Case No. 08-54C
(Filed: June 6, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **MIKI HENRY,** | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

The Court held a Preliminary Status Conference (on the record) with the parties on June 6, 2008. During this Status Conference, the Court brought to the attention of the parties two cases which suggest that the Court lacks jurisdiction over the Plaintiff's claims. The cases are *United States v. Hopkins*, 427 U.S. 123 (1976) and *AINS, Inc. v. United States*, 56 Fed. Cl. 522 (2003).

After reviewing this precedent, Plaintiff's counsel is to decide how to proceed. As discussed during the Status Conference, the Plaintiff may wish to (1) voluntarily dismiss the case; (2) litigate the Government's motion to dismiss for lack of jurisdiction; or (3) move to transfer this case to a court with jurisdiction. Should the Plaintiff move to transfer, the motion must be accompanied by a short memorandum asserting why the transferee court has jurisdiction over the Plaintiff's claims. **Plaintiff's counsel is ORDERED to inform the Court of further proceedings in this case no later than June 23, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge