**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MIKI HENRY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No. 08-54C** |
| | : | **(Judge Baskir)** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>CONSENT MOTION FOR TRANSFER OF CASE</u>**

Comes now the Plaintiff, Miki Henry, by and through her attorney, William J. Howard, Esq. with the consent of the Defendant, and moves this Court to direct transfer of this matter to the United States District Court for Maryland, Southern Division and in support thereof, states:

1. That this matter involves the alleged negligence or breach of contract on the part of the Army and Air Force Exchange Service ("AAFES") in its alleged failure to process the application for life insurance.

2. That the issue of jurisdiction of this Court has been raised and the Plaintiff believes it is in her best interest and the interest of justice to transfer this matter to the United States District Court for the District of Maryland, Southern Division ("the Maryland Court").

3. That both the Plaintiff and Defendant either live or do business in Prince George's County, Maryland which location is within the jurisdictional area of the Maryland Court.

4. That the trial of this matter would be more convenient for the parties and witnesses if it is transferred to the Maryland Court.

WHEREFORE, the Plaintiff prays that this Court enter an Order to transfer this matter to the United States District Court for the District of Maryland, Southern Division, subject to the Plaintiff dismissing without prejudice the action filed in this Court.

Respectfully submitted,

FOR THE PLAINTIFF

/s/ William John Howard
WILLIAM JOHN HOWARD
Howard & Marcus
4316 Hamilton Street
Hyattsville, Maryland 20781
Phone: (301) 864 - 6700
Fax: (301) 779 - 8711
E-Mail: whowardesq@cs.com

**CERTIFICATE OF SERVICE**

Copies of the foregoing Motion, Points and Authorities and related Order were served via the Court's electronic filing system on this 20th day of June, 2008 on:

Mark A. Melnick, Esquire
Assistant Director

Christopher L. Krafcheck
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

/s/ William John Howard
WILLIAM JOHN HOWARD

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MIKI HENRY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No. 08-54C** |
| | : | **(Judge Baskir)** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**POINTS AND AUTHORITIES**

1. The record herein.

2. 28 U.S.C. Section 1631.

/s/ William John Howard
WILLIAM JOHN HOWARD

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MIKI HENRY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No. 08-54C** |
| | : | **(Judge Baskir)** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

On this 20th day of June , 2008, the Plaintiff, Miki Henry, filed and served a Motion for a transfer of her case from this Court to the United States District Court of the District of Maryland, Southern Division. That the Motion was consented to by the Defendant. This Court, having considered the facts and authorities cited by the Plaintiff, has concluded that it would be in the interests of the Court and the parties to transfer the case. Therefore, it is this __ day of __________ , 2008,

ORDERED that this case is transferred to the United States District Court for the District of Maryland, Southern Division, in which it could have been brought originally; and

FURTHER ORDERED that the Clerk of this Court shall send a certified copy of this Order together with the record in this case to the Clerk of the Court for the United States District Court of the District of Maryland, Southern Division.

______________________________

JUDGE BASKIR