**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MIKI HENRY,** | **:** | |
| | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| 5. | : | No. 08-54C |
| | : | (Judge Baskir) |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW**

Comes now the Plaintiff, Miki Henry, by and through her attorney, William J. Howard, Esq. and in response to the Order of this Court of July 7, 2008 files this Memorandum of Law, stating as follows:

1. Based on the cases cited by this Court, *United States v. Hopkins*, 427 U.S. 123 (1976) and *AINS, Inc. v. United States*, 56 Fed. Cl. 522 (2003), she believes that she may not meet the definition of Aemployee@ and thus, this Court may lack jurisdiction over this matter.

2. That the initial cause of action arose as a result of the Plaintiff=s employment with the Army and Air Force Exchange Service, a non-appropriated fund instrumentality of the United States.

3. The Defendant would be subject to the jurisdiction of the United States District Court for the District of Maryland, Southern Division pursuant to 28 U.S.C. Section 1346, in that the claim does not sound in tort and is not excluded by any other Federal Statute.

4. That the transfer of the claim against the United States to the United States District Court will cure the jurisdictional issue and is allowed pursuant to 28 U.S.C. Section 1631. The Plaintiff will be without remedy for her meritorious claim if the transfer is denied.

5. That the claim was originally filed in this Court in good faith and the transfer was consented to by the Defendant and the Plaintiff by Consent Motion filed with this Court. That the transfer is in the interest of justice and the case could have been originally filed in the United States District Court for the District of Maryland, Southern Division, because the Defendant=s place of business is at Andrews Air Force Base in Prince George=s County, Maryland.

Respectfully submitted,

FOR THE PLAINTIFF

/s/ William John Howard
WILLIAM JOHN HOWARD
Howard & Marcus
4316 Hamilton Street
Hyattsville, Maryland 20781
Phone: (301) 864 - 6700
Fax: (301) 779 - 8711
E-Mail: whowardesq@cs.com

**CERTIFICATE OF SERVICE**

Copies of the foregoing Memorandum of Law were served via the Court=s electronic filing system on this 28th day of July, 2008 on:

Mark A. Melnick, Esquire
Assistant Director

Christopher L. Krafcheck
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

/s/ William John Howard
WILLIAM JOHN HOWARD