IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIKI HENRY, Plaintiff, | ) | |
| v. | ) | No. 08-54C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION TO MODIFY
AND ENLARGE BRIEFING SCHEDULE

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court modify and enlarge the current briefing schedule by 21 days, to and including October 3, 2008. Pursuant to the Court's briefing schedule and order, dated August 14, 2008, defendant's opening brief is currently due on September 12, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has spoken with counsel for plaintiff and he has no objection to this motion to enlarge and modify the briefing schedule.

The modification and enlargement is requested because counsel of record for defendant recently had a death in the family. Additionally, counsel for defendant was actively representing the United States in the bid protests of Femme Comp, Inc, Technical and Project Engineering, LLC. L-3 Service Inc., Data Systems Analysts, Inc., and Bearing Point v. United States, Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C and Klinge Corp. v. United States, No. 08-551 before this Court during the last two weeks. Although counsel of record has been working diligently to

complete the defendant's opening brief, defendant needs approximately three weeks to finalize our motion. Counsel of record apologizes for any inconvenience or hardship this may have caused the Court.

After consulting with counsel for plaintiff, we propose the following briefing schedule:

October 3, 2008: Government to file dispositive motion

November 3, 2008: Plaintiff to file response

November 17, 2008: Government to file reply

November 24, 2008: Parties to jointly file the Consolidated Statement of Uncontroverted Facts (CSUF)

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion to enlarge and modify the briefing schedule by 21 days.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
U.S. Department of Justice
Civil Division,
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

September 9, 2008

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on the 9th day of September, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO MODIFY AND ENLARGE BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek