# In the United States Court of Federal Claims

Case No. 08-54C
(Filed: September 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
**MIKI HENRY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed **Motion to Modify and Enlarge (by 21 days) the Court's Briefing Schedule and Order** dated August 14, 2008, is hereby **GRANTED** as follows:

| | |
|---|---|
| October 3, 2008 | Government to file dispositive motion; |
| November 3, 2008 | Plaintiff to file response; |
| November 17, 2008 | Government to file reply; and |
| November 24, 2008 | Parties to jointly file the Consolidated Statement of Uncontroverted Facts (CSUF). |

The Court expresses its condolences to Mr. Krafchek and his family for their loss.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge